JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY QUIMBY,<br><br>     Plaintiff,<br><br>    v.<br><br>COSTA MESA POLICE DEPARTMENT, et al.,<br><br>     Defendants. | No. 8:25-cv-02256-JFW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: April 15, 2026

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE